### Fleetwood *vs.* Dees *et al.*

Where a bill was filed in the superior court of Pulaski county against Lizzie Dees of that county, and certain other defendants of Wilkinson county, and it appeared by the bill that, before its filing, Lizzie Dees had sold her interest in the homestead property, the subject-matter of the proceeding, to her co-defendants, the bill was properly dismissed, on demurrer, for want of jurisdiction.

July 11, 1888.

Equity.   Jurisdiction.   Parties.   Before Judge FORT. Pulaski superior court.   November term, 1887.

Reported in the decision.

HARDEMAN & DAVIS, by brief, for plaintiff.

HILL & HARRIS and J. H. MARTIN, for defendants.

BLANDFORD, Justice.

This was a bill filed in the superior court of Pulaski county, by Mrs. Fleetwood against Miss Dees of that county, and against James Lord and H. A. Hall of Wilkinson county. It appears that Miss Dees had, before the filing of this bill, sold her interest in the homestead property, the subject-matter of the proceeding, to the co-defendants. Upon demurrer, the bill was dismissed by the court for want of jurisdiction.

We think the court was right in dismissing this bill. Miss Dees having parted with her interest in the property, and not being a party at interest under the bill, no relief could be prayed as against her; and she being the only defendant residing in the county of Pulaski, the superior court of that county had no jurisdiction.

Judgment affirmed.